BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> APPROXIMATELY $139,995, <br>     Defendant. | CASE NO. CV15-6340 MEJ <br><br> SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimant Johnny Huynh ("Claimant," collectively the "parties"), through their respective counsel of record, to compromise and settle their interests in the following described defendant property: approximately $139,995 in U.S. currency seized from Johnny Huynh on September 21, 2015.

    1.    On or about December 31, 2015, plaintiff United States of America filed its Complaint for Forfeiture against the defendant currency. After proper notification and publication was given, Johnny Huynh filed the only timely claim in this action.

    2.    The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied

STIPULATED SETTLEMENT AGREEMENT AND DISMISSAL

1  terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement.
2  This Agreement shall not be modified or supplemented except in writing signed by the parties. The
3  parties have entered into this Settlement Agreement in lieu of continued protracted litigation and District
4  Court adjudication.
5      3.   This settlement is a compromise over disputed issues and does not constitute any
6  admission of wrongdoing or liability by any party.
7      4.   Mr. Huynh asserts that he is the sole owner of the defendant currency.
8      5.   The parties hereby stipulate to the dismissal of the instant civil forfeiture action pursuant
9  to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules and Civil Procedure.
10     6.   Mr. Huynh, his heirs, representatives and assignees, agree to hold harmless the United
11 States, any and all agents, officers, representatives and employees of same, including all federal, state and
12 local enforcement officers, for any and all claims, defenses, actions, or liabilities arising out of or related
13 to this action against the defendant currency.
14     7.   The parties agree that each party shall pay its own attorneys' fees and costs.
15 IT IS SO STIPULATED:

16 Dated:
17                                             *signed* 3/25/2016
18                                             JOHNNY HUYNH
                                                Claimant

19 Dated: 3/28/16
20
21                                             *signed*
                                                DAVID M. MICHAEL, ESQ.
                                                Attorney for Claimant

22 Dated: 3/30/16
23
24                                             *signed*
                                                DAVID B. COUNTRYMAN
                                                Assistant United States Attorney

STIPULATED SETTLEMENT AGREEMENT AND DISMISSAL